**GOLDEN STATE TRANSIT CORPORA-TION, a California corporation, Plaintiff/Appellant,**

v.

**CITY OF LOS ANGELES, a municipal corporation, Defendant/Appellee.**

No. 83–6441.

United States Court of Appeals, Ninth Circuit.

June 16, 1986.

Zachary D. Fasman, Kathleen Johnson Ragnsford, David B. Siegel, Crowell & Morning, Washington, D.C., Daniel R. Shulman, Patricia A. Knipe, Gray, Plant, Mooty, Mooty & Bennett, Minneapolis, Minn., for plaintiff/appellant.

John F. Haggerty, Los Angeles, Cal., for defendant/appellee.

Before FARRIS, ALARCON and NOR-RIS, Circuit Judges.

## ORDER

This case is remanded to the U.S. District Court for the Central District of California for further proceedings not inconsistent with the decision of the Supreme Court in *Golden State Transit Corp. v. City of Los Angeles,* —— U.S. ——, 106 S.Ct. 1395, 89 L.Ed.2d 616 (1986).